UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA DELCARMEN RIVERA,

       Plaintiff,

v.

ST. JOHN PROVIDENCE HEALTH SYSTEM,

       Defendant.

_____/

Case No. 14-11089

Honorable John Corbett O'Meara

FILED

APR - 8 2014

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## ORDER OF PARTIAL DISMISSAL

Plaintiff Maria Delcarmen Rivera recently filed a five-count complaint in this court alleging the following causes of action: Counts I, II, and III, violations of Title VII and Michigan's Elliott-Larsen Civil Rights Act; and Counts IV and V, violations of the Americans with Disabilities Act and Michigan's Persons with Disabilities Civil Rights Act.

Although Plaintiff's causes of action arising under federal law are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law. Since the parties to this action are not diverse, this court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Therefore, it is hereby **ORDERED** that the state claims alleged in Counts I through V are **DISMISSED.**

John Corbett O'Meara
United States District Judge

Dated: April 8, 2014